IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| LETITIA CLOUD, § | |
|     Plaintiffs, § | |
| § | Civil Action No. |
| v. § | DR-13-CV-76-AM-CW |
| § | |
| AUDUBON FINANCIAL BUREAU, § | |
|     Defendant. § | |

## ORDER

United States District Judge Alia Moses has referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). The complaint, naming Audubon Financial Bureau as a defendant, was filed on October 22, 2013. The 120-day period for service provided by Federal Rule of Civil Procedure 4(m) has expired, and to date, Defendant has not answered or otherwise appeared. Nor has proof of service for Defendant been filed, as provided by Federal Rule of Civil Procedure 4(l).

**IT IS THEREFORE ORDERED** that Plaintiff shall have **21 DAYS** from the date of this order to file proof of service or show good cause why service has not been timely made upon Defendant. Absent a showing of service or good cause, the undersigned will recommend that the claims against Defendant be dismissed without prejudice.

**SIGNED** and **ENTERED** on April 10, 2014.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE