IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| LETITIA CLOUD,<br>    Plaintiff,<br><br>v.<br><br>AUDUBON FINANCIAL BUREAU,<br>    Defendant. | §<br>§<br>§  Civil Action No.<br>§  DR-13-CV-76-AM-CW<br>§<br>§<br>§ |

## ORDER

United States District Judge Alia Moses has referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B).  The complaint, naming Audubon Financial Bureau as a defendant, was filed on October 22, 2013.  Although it appears that Defendant was served on November 26, 2013, Defendant has not filed an answer or otherwise appeared within the time limits of Rule 12 of the Federal Rules of Civil Procedure.

Despite no timely appearance, Plaintiff has yet to seek an entry of default or request any other relief.  Plaintiff is therefore **ORDERED** to show cause by **MAY 27, 2014,** why this case should not be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962).

**SIGNED** and **ENTERED** on May 13, 2014.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE