AO 450 (Rev. 5/99) Judgment in a Civil Case

**FILED**

# United States District Court

## Western District of Texas

SEP 30 2015

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
_____ DEPUTY

LETITIA CLOUD,
Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

AUDUBON FINANCIAL BUREAU
Defendant

CASE NUMBER:         DR: 13-CV-0076-AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that based on the foregoing, the Plaintiff's Motion for Default Judgment (ECF No. 18) is GRANTED. The Plaintiff's requests for actual damages and statutory damages are DENIED. The Plaintiff's request for attorney's fees and costs is DENIED. As signed and entered by U.S. District Judge Alia Moses.

September 30, 2015

Date

Jeannette J. Clack

Clerk

/s/ Blanca S. Briones

(By) Deputy Clerk